**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00812-CV

### TARGET CORPORATION, Appellant

### V.

### D&H PROPERTIES, LLC, Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-02168**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 9, 2019. On December 23, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Appellant's motion also requests that this court retain access to the record filed in this interlocutory appeal and grant the parties permission to cite to this appeal's record in a potential appeal from the final judgment in the underlying case.

The request for dismissal is granted. The requests regarding the record are

denied without prejudice to any party's making a similar request if necessary, in the event of an appeal from the final judgment.

The appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.